**WILLIAM M. KIRKPATRICK**
Attorney at Law (#71501)
28 N. First St., #100
San Jose CA 95113-1208

Telephone (408) 279-3450
Wmkirk@earthlink.net

Attorney for Defendant,
Ubaldo Navarro (110.107)

UNITED STATES DISTRICT COURT, NORTHERN

DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| JOSE LUIS LEON QUINONOS, | ) | No C 08 01425 HRL |
| | ) | |
| Plaintiff, | ) | ANSWER OF DEFENDANT, |
| | ) | NAVARRO UBALDO |
| vs. | ) | |
| | ) | |
| NAVARRO UBALDO etc et al | ) | |
| | ) | |
| Defendants. | ) | |

Ubaldo Navarro (incorrectly identified in the complaint as "Navarro Ubaldo") answers the complaint of plaintiff, Jose Luis Leon Quinonos, as follows.

**GENERAL DENIAL**

1. Except for plaintiff's allegations about "Parties" (Paragraphs 1-3), plaintiff's "General Allegations" (Paragraphs 4-8), and plaintiff's reiteration of statues (Paragraphs 10, 12, 18, 28, 41, and 42), defendant generally and specifically denies

each and every allegation and claim made by plaintiff in his complaint.

**AFFIRMATIVE DEFENSES**

2. Without acknowledging the truth of plaintiff's allegations, defendant alleges that plaintiff is estopped to assert the claims made against defendant, in that plaintiff approved the conduct of which he now complains.

3. Without acknowledging the truth of plaintiff's allegations, defendant alleges that plaintiff has waived his claims made against defendant, in that plaintiff approved the conduct of which he now complains.

4. Without acknowledging the truth of plaintiff's allegations, defendant alleges that plaintiff is barred from recovering any money from plaintiff, according to the equitable doctrine of laches.

5. Plaintiff fails to state a claim on which relief may be based, in that his complaint includes no allegations to show when plaintiff was employed by defendant or how much money plaintiff insists is owed to him.

6. The subject matter of plaintiff's complaint is not sufficient to warrant the jurisdiction of this court.

**PRAYER FOR RELIEF**

WHEREFORE defendant prays judgment as follows;

7. That plaintiff take nothing by his complaint; and

8. For costs and attorney fees, as permitted by law; and

9. For such other and further relief as this court deems just and proper.

May 8 2008

_William M. Kirkpatrick_
William M. Kirkpatrick