```
WILLIAM M. KIRKPATRICK
Attorney at Law (#71501)
28 N. First St., #100
San Jose CA 95113-1208

Telephone (408) 279-3450
Wmkirk@earthlink.net

Attorney for Defendant,
Ubaldo Navarro (110.107)
```

UNITED STATES DISTRICT COURT, NORTHERN

DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS LEON QUINONOS,<br><br>    Plaintiff,<br><br>  vs.<br><br>NAVARRO UBALDO etc et al<br><br>    Defendants. | No C 08 01425 HRL<br><br>NOTICE OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

TO THE HONORABLE HOWARD R. LLOYD:

The parties apply for a continuance of the court's initial case-management conference, now set for July 1, 2008, to August 5, 2008, and to postpone related deadlines to meet and confer and file case-managements statements accordingly.

This continuance is requested because the undersigned, counsel for defendant, will be on vacation (in Mexico) during the first ten days of July and also counsel for plaintiff intends to amend his complaint to add other plaintiffs.

Application for Continuance
Page 1 of 2

A stipulation and proposed order are submitted herewith.

June 11, 2008

_____
William M. Kirkpatrick
Attorney for Ubaldo Navarro

```
WILLIAM M. KIRKPATRICK
Attorney at Law (#71501)
28 N. First St., #100
San Jose CA 95113-1208

Telephone (408) 279-3450
Wmkirk@earthlink.net

Attorney for Defendant,
Ubaldo Navarro (110.107)
```

UNITED STATES DISTRICT COURT, NORTHERN

DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS LEON QUINONOS,<br><br>    Plaintiff,<br><br>    vs.<br><br>NAVARRO UBALDO etc et al<br><br>    Defendants. | No C 08 01425 HRL<br><br>STIPULATION AND ORDER RE CASE <u>MANAGEMENT CONFERENCE</u> |

The parties hereto, acting through their respective counsel, do hereby stipulate as follows:

1. Plaintiff's complaint was filed on March 12, 2008. It was served on or about April 25, 2008. Defendant's answer was filed on May 8, 2008.

2. The court's initial case-management conference is now scheduled for July 1, 2008 at 1:30 PM.

Stipulation and Order Re Case Management Conference Date
Page 1 of 3

3. Defense counsel will be unavailable, on vacation, outside of the United States, from June 30 to July 9.

4. Plaintiff's counsel wishes to amend his complaint to include two new plaintiffs and defense counsel has agreed to sign a stipulation enabling this amendment.

5. Therefore, to accommodate defense counsel's schedule, and to afford time to add two new plaintiffs, the parties stipulate to continue the court's initial case-management conference until August 5, 2008, at 1:30 p.m., in Courtroom 2.

6. All other pre-conference deadlines are extended accordingly, as follows: (a) The last day to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan and to file a joint ADR Certification is continued from June 10 to July 15, 2008. (b) The last day to file a Rule 26(f) report and Case Management Statement is continued from June 24 to July 29, 2008.

_6/10/08_, 2008

James Dal Bon, attorney for plaintiff.

_6/11/08_, 2008

William M. Kirkpatrick, attorney for defendant.

//

1
2  **THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**
3
   _____, 2008                    _____
4                                                    **The Honorable Howard R. Lloyd**
                                                     **United States Magistrate Judge**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28