```
 1  WILLIAM M. KIRKPATRICK                    *E-filed 6/16/08*
    Attorney at Law (#71501)
 2  28 N. First St., #100
    San Jose CA 95113-1208
 3
    Telephone (408) 279-3450
 4  Wmkirk@earthlink.net

 5
    Attorney for Defendant,
 6  Ubaldo Navarro (110.107)

 7

 8              UNITED STATES DISTRICT COURT, NORTHERN

 9            DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

10

11  JOSE LUIS LEON QUINONOS,       )   No C 08 01425 HRL
                                   )
12         Plaintiff,               )   NOTICE OF EX PARTE
                                   )   APPLICATION FOR
13     vs.                          )   CONTINUANCE OF
                                   )   CASE MANAGEMENT CONFERENCE
14  NAVARRO UBALDO etc et al       )
                                   )
15         Defendants.              )
16  _____    )

17
         TO THE HONORABLE HOWARD R. LLOYD:
18
         The parties apply for a continuance of the court's initial
19
20  case-management conference, now set for July 1, 2008, to August

21  5, 2008, and to postpone related deadlines to meet and confer

22  and file case-managements statements accordingly.

23       This continuance is requested because the undersigned,
24
    counsel for defendant, will be on vacation (in Mexico) during
25
    the first ten days of July and also counsel for plaintiff
26
    intends to amend his complaint to add other plaintiffs.
27
28
                       Application for Continuance
                              Page 1 of 2
```

1   A stipulation and proposed order are submitted herewith.

2   June 11, 2008

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　William M. Kirkpatrick
　　　　　　　　　　　　　　　　　Attorney for Ubaldo Navarro

```
WILLIAM M. KIRKPATRICK
Attorney at Law (#71501)
28 N. First St., #100
San Jose CA 95113-1208

Telephone (408) 279-3450
Wmkirk@earthlink.net

Attorney for Defendant,
Ubaldo Navarro (110.107)
```

UNITED STATES DISTRICT COURT, NORTHERN

DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS LEON QUINONOS,<br><br>    Plaintiff,<br><br>  vs.<br><br>NAVARRO UBALDO etc et al<br><br>    Defendants. | No C 08 01425 HRL<br><br>STIPULATION AND ORDER RE CASE <u>MANAGEMENT CONFERENCE</u> |

    The parties hereto, acting through their respective counsel, do hereby stipulate as follows:

    1. Plaintiff's complaint was filed on March 12, 2008. It was served on or about April 25, 2008. Defendant's answer was filed on May 8, 2008.

    2. The court's initial case-management conference is now scheduled for July 1, 2008 at 1:30 PM.

Stipulation and Order Re Case Management Conference Date
Page 1 of 3

1    3. Defense counsel will be unavailable, on vacation,
2  outside of the United States, from June 30 to July 9.
3
4    4. Plaintiff's counsel wishes to amend his complaint to
5  include two new plaintiffs and defense counsel has agreed to
6  sign a stipulation enabling this amendment.
7
8    5. Therefore, to accommodate defense counsel's schedule,
9  and to afford time to add two new plaintiffs, the parties
10 stipulate to continue the court's initial case-management
11 conference until August 5, 2008, at 1:30 p.m., in Courtroom 2.
12
13   6. All other pre-conference deadlines are extended
14 accordingly, as follows: (a) The last day to meet and confer re
15 initial disclosures, early settlement, ADR process selection,
16 and discovery plan and to file a joint ADR Certification is
17 continued from June 10 to July 15, 2008.  (b) The last day to
18 file a Rule 26(f) report and Case Management Statement is
19
20 continued from June 24 to July 29, 2008.
21
22  6/16/08          , 2008
23                                    James Dal Bon, attorney
                                      for plaintiff.
24
25  6/11/08          , 2008
                                      William M. Kirkpatrick,
26                                    attorney for defendant.
27  //
28

1
2  THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.
3
4      June 16       , 2008                    _____
                                                The Honorable Howard R. Lloyd
                                                United States Magistrate Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Order Re Case Management Conference Date
Page 3 of 3

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

William M. Kirkpatrick wmkirk@earthlink.net
James Dal Bon jdblaw@earthlink.net

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date: 06/16/08 　　　　　　　　　　　　　　　MPK
　　　　　　　　　　　　　　　　　　　　　　Chambers of Magistrate Judge Howard R. Lloyd