WILLIAM M. KIRKPATRICK
Attorney at Law (#71501)
28 N. First St., #100
San Jose CA 95113-1208

Telephone (408) 279-3450
Wmkirk@earthlink.net

Attorney for Defendant,
Ubaldo Navarro (110.107)

UNITED STATES DISTRICT COURT, NORTHERN

DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS LEON QUINONOS,<br><br>    Plaintiff,<br><br>    vs.<br><br>NAVARRO UBALDO etc et al<br><br>    Defendants. | No C 08 01425 HRL<br><br>CONSENT TO PROCEED<br>BEFORE A UNITED STATES<br><u>MAGISTRATE JUDGE</u> |

In accordance with the provisions of 28 U.S.C. 636(c), the undersigned, attorney for defendant, voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

July 22, 2008

*/s/ William M. Kirkpatrick*
William M. Kirkpatrick
Attorney for Defendant