UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Magistrate Judge Howard R. Lloyd, Presiding**
Courtroom 2 - 5th Floor

## Civil Minute Order

Date:   August 5, 2008                                             Time in Court: 4 minutes

Courtroom Deputy Clerk: Patty Cromwell
Court Reporter/FTR: FTR

---

**TITLE:**  Jose Luis Leon Quinonos v. Navarro Ubaldo
**CASE NUMBER**: C08-01425HRL
Plaintiff Attorney present: James Dal Bon
Defendant Attorney present: William Kirkpatrick

---

**PROCEEDINGS:**  Case Management Conference


Parties are referred to the court's ADR unit.

Jury trial scheduled for March 23, 2009 with a pre-trial conference scheduled for March 17, 2009.

Court to issue written order.