```
JAMES DAL BON
C- BAR #157942
LAW OFFICES OF JAMES DAL BON                    *e-filed 8/5/08*
28 NORTH 1ST STREET SUITE 210
SAN JOSE, CA 95113

(408)297-4729

ATTORNEY FOR PLAINTIFF
```

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS LEON, OMAR ARTURO IBARRA, ALFONSO IBARRA<br><br>Plaintiffs,<br><br>vs.<br><br>UBALDO NAVARRO dba TAQUERIA TLAQUEPAQUE and DOES 1-10<br><br>Defendants | CASE 08-01425 HRL<br><br>STIPULATION TO AMEND THE COMPLAINT |

Plaintiff and Defendants hereby stipulate to amend the complaint in this case to include "OMAR ARTURO IBARRA" and "ALFONSO IBARRA" as Plaintiffs in this case. The parties also stipulate to change misspellings of the defendant and plaintiffs name found in the original complaint. Defendant "NAVARRO UBALDO" shall be changed to "UBALDO NAVARRO" Plaintiff "JOSE LUIS LEON QUINONOS" shall be changed to "JOSE LUIS LEON".

Upon court order Plaintiff shall e-file the amended complaint. Defendant's Answer filed on May 8, 2008 shall be deemed as answering the complaint against the two new plaintiffs.

Dated: July 17, 2008

*/s/ James Dal Bon*
Digitally signed by James Dal Bon
Date: 2008.07.28 18:39:10 -07'00'

James Dal Bon

Attorney for Plaintiffs

Dated: July 17, 2008

*/s/ William Kirkpatrick*

William Kirkpatrick

Attorney for Defendant

IT IS SO ORDERED

DATE 8/5/08

*/s/ Howard R. Lloyd*

Howard R. Lloyd
United States Magistrate Judge