*E-filed 8/5/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JOSE LUIS LEON, OMAR ARTURO
IBARRA, ALFONSO IBARRA,

Plaintiffs,

v.

UBALDO NAVARRO dba TAQUERIA
TLAQUEPAQUE and DOES 1-10,

Defendants.

Case No. C08-01425 HRL

**CASE MANAGEMENT SCHEDULING ORDER**

The order that follows is based on the discussion at the August 5, 2008 Case Management Conference and the previously filed Joint Case Management Statement.

The court adopts the parties' statement of disputed factual and legal issues as set forth in the Joint Case Management Statement. The presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply.

The parties have agreed to mediation for purposes of ADR. However, if the case has not settled, the parties shall contact the chambers of Magistrate Judge Seeborg well in advance of the Pretrial Conference to arrange a Settlement Conference to take place just prior to the Pretrial Conference.

The following schedule shall also apply to this case:

| | |
|---|---:|
| Fact Discovery Cutoff | December 22, 2008 |
| Designation of Experts with Reports | January 5, 2009 |
| Designation of Rebuttal Experts with Reports | January 16, 2009 |
| Expert Discovery Cutoff | February 2, 2009 |
| Last Day for Hearings on Dispositive Motions | February 17, 2009 at 10:00 a.m. |
| Final Pretrial Conference | March 17, 2009 at 1:30 p.m. |
| Jury Trial | March 23, 2009 |

Any motions to compel fact discovery must be filed no later than seven court days after the Fact Discovery Cutoff, and any motions to compel expert discovery must be filed no later than seven court days after the Expert Discovery Cutoff.  (See Civ. L.R. 26-2).

Furthermore, the parties shall comply with the court's Standing Order re: Pretrial Preparation with respect to the timing and content of the Joint Pretrial Statement, and other pretrial submissions.[1]

**IT IS SO ORDERED.**

Dated: 8/5/08



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

3  jdblaw@earthlink.net

4  wmkirk@earthlink.net

6  **Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**

Dated: 8/5/08

           /s/  mpk
         Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California