**FILED**

2008 AUG -5 P 4: 00

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS LEON QUINONOS, et. al,<br><br>    Plaintiffs,<br><br>v.<br><br>NAVARRO UBALDO, et. al,<br><br>    Defendants. | Case No. 08-01425 HRL<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATE MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 8/4/08

_____
Signature

Counsel for