*E-filed 10/27/08*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOSE LUIS LEON, OMAR ARTURO IBARRA, ALFONSO IBARRA, | Case No. C08-01425 HRL |
| Plaintiffs, | |
| v. | **ORDER SETTING STATUS CONFERENCE** |
| UBALDO NAVARRO, et. al, | |
| Defendants. | |

The court is in receipt of defendant's "Ex Parte Application for Continuance of Pre-Trial and Trial Dates." A status conference to discuss this application is hereby set for November 18, 2008, at 1:30 p.m. in Courtroom 2, 5th floor, San Jose District Courthouse.

**IT IS SO ORDERED.**

Dated: 10/27/08

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

1
2
3   THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:
4
5   jdblaw@earthlink.net
6   wmkirk@earthlink.net
7
8   **Counsel are responsible for transmitting this order to co-counsel who have not signed up for e-filing.**
9
10
11
12  Dated: 10/27/08

                                    /s/  mpk
13                          Chambers of Magistrate Judge Howard R. Lloyd
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28